QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMBER M. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS 05-0312-DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| AMBER M. JOHNSON, ) | Date:  November 1, 2005 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, AMBER M. JOHNSON, by and through her counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for October 4, 2005 at 10:00 a.m. and that the jury trial set for October 17, 2005 at 10:00 a.m. be vacated and a change of plea be set for November 1, 2005 at 10:00 a.m..

   This request is being made so defense counsel has reasonable time to prepare.

   Speedy trial time will be excluded from the date of this order through the date of the change of plea set on November 1, 2005, pursuant

/ / /

/ / /

to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: September 27, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

   /S/ Livia Morales
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
AMBER JOHNSON

DATED: September 27, 2005

McGREGOR W. SCOTT
United States Attorney

   /S/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

**O R D E R**

The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. It is hereby ordered that the trial confirmation hearing and the jury trial has been vacated and a change of plea hearing will be set for November 1, 2005 at 10:00 a.m.

Speedy trial time is hereby excluded from the date of this order through the date of the change of plea set on November 1, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

DATED: September 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/johnson0312.stip